IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:02CR152 |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| EDUARDO LARA-VALADEZ, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims presented in the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody are denied and dismissed with prejudice.

DATED this 12th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge