IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:02CR152 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| EDUARDO LARA-VALADEZ, ) | |
| ) | |
| Defendant. ) | |

This matter comes to the court's attention from a letter dated September 2, 2007, from the defendant Eduardo Lara-Valadez. The defendant alleges that he has not been given credit for time served consistent with the court's Judgment and Commitment order dated February 18, 2003. Based on the court's review of the defendant's letter, the transcript of the proceedings, and the Judgment and Commitment order, the court is concerned whether the Judgment and Commitment order is not being followed.

The court hereby appoints the Federal Public Defender to represent the interests of Mr. Lara-Valadez and sets this matter for hearing on **November 2, 2007, at 9:00** a.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at which time counsel for the defendant and the government should be prepared to address the issues raised by the defendant in the letter attached.

If the defendant wishes to participate telephonically in the hearing, his attorney must notify chambers at least 24 hours before the hearing of the telephone number and contact person at the institution which defendant is incarcerated.

DATED this 5th day of October, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge

"Hi"                                                9-2-07

My name is Eduardo Losa Valdez ID# 17817-047
I'm writing this letter because, I have a problem with
my time credit; I was incarcerated in the state county
of nebraska for 10 months. they are only giving me 49
days total of the time when they arrest me; they only
giving me credit from (april 18-02 to June 05-02)
the record office show that I already got credit for
everything and that is completly wrong because the
Judge when I got sentence he order. that I get
credit storing the days that I got arrest which it
was. you get that information on the court paper
transcrit on page 27 the Judge name is Bolattion.
they said my time stop because I was in prision
in the state of nebraka paying a sentence of 2 year
to 4 years. my credit suppose to stop when the US
morshall pick me up from (tecumseh nebraska). and tha
was oct 25/02 when I was in custody US morshall in
the county of (Iowa pottowertemory county) leoctly that
where my credit suppose to stop from oct 25/02 and
they only giving me credit from feb 7 2003 the
day that I got sentence. wich is not good they
stiling to much time from me; please can you
check the transcript paper; page 27 you will find
that the Judge order; that I get credit storing
the they that I got orrest it.
 "thank you and god bless you".

Eduardo Jara Valedez 17817-047
Giles W. DAIBY Correctional F
805 N Avenue F
Post TX 79356

LUBBOCK TX 794
04 SEP 2007 PM 1 L

Office of The Clerk
UNITED STATES DISTRICT Court
RomAN L. HRUSKA U.S CourTHouse
111 S. 7th Plasa, suite 1152
Omaha NE 68102-1322